_REQUEST FOR ALL PEES TO BE PAID IN KNOW. IN TOTAL Committee. 859 (B),_

NAME _Chris Hawkins._

PRISON NUMBER _25710758._

CURRENT ADDRESS OR PLACE OF CONFINEMENT _1173 Front Street_

CITY, STATE, ZIP CODE _San Diego, Ca. 9261._

**FILED**

JUL 15 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

_Chris Hawkins._ ,
(FULL NAME OF PETITIONER)

V. Rive Apartments DBA, RLM, Does 1-65 **PETITIONER**
Jesus Delgadopo, Rssi, Does 1-15
Patrick Kinsella — v. SD-7436, Noah A. Saldana. SD-18060, Corey M. Brown SD-18916, Dylan Megill SD-7688.
San Diego County Jail, Commander John, Essi, Does 1-15.

(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE
CALIFORNIA DEPARTMENT OF CORRECTIONS])
San Diego Police Department to serve complaint of arrest., Essi, Does 1-15.
Charged with encouragement to petition. **RESPONDENT**
and

_District Attorney of San Diego_ ,

The Attorney General of the State of
California, Additional Respondent.

Civil No ___**'25CV1827 BJC LR**___
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

### PETITION FOR WRIT OF HABEAS CORPUS

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack: _____
_San Diego Superior Court 1173 Front Street, San Diego, Ca, 92101._

2. Date of judgment of conviction: _March 13+14 2025 Date of Arrest._

3. Trial court case number of the judgment of conviction being challenged: _See Attorney_
_Derek Reid, Office of the Public Defender._

4. Length of sentence: _Excessive Probation May Custody 180 Days. = 118 Days Rail Time up to 260._

CIV 68 (Rev. Oct. 2015)

5. Sentence start date and projected release date: _2l00 DAYS._

6. Offense(s) for which you were convicted or pleaded guilty (all counts): _Pc-69 x 2,_ _Pc-602.(0),(1), Pc-3455, Pc-71, Pc-71 (a),(1), Pc-148 (a),(1), Pc-243 (B), Pc-243 (a)_

7. What was your plea? (CHECK ONE)
   (a) Not guilty       ■
   (b) Guilty           □
   (c) Nolo contendere  □

8. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
   (a) Jury       □
   (b) Judge only □

9. Did you testify at the trial?
   □ Yes  ■ No

## DIRECT APPEAL

10. Did you appeal from the judgment of conviction in the **California Court of Appeal**?
    ■ Yes  ■ No

11. If you appealed in the **California Court of Appeal**, answer the following:
    (a) Result: _NO RESULT_
    (b) Date of result (if known): _____
    (c) Case number and citation (if known): _____
    (d) Grounds raised on direct appeal: _1387, Pc-1382 DISMISMENT OF Solution For Aquittal_ _On grounds OF TESTIMONY._

12. If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:
    (a) Result: _____
    (b) Date of result (if known): _____
    (c) Case number and citation (if known): _____
    (d) Grounds raised: _____

CIV 68 (Rev. Oct. 2015)

13. If you filed a petition for certiorari in the **United States Supreme Court**, please answer the following with respect to that petition:

    (a) Result: _____

    (b) Date of result (if known): _____

    (c) Case number and citation (if known): _____

    _____

    (d) Grounds raised: _____

    _____

    _____

    _____

### COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Superior Court**?
☐ Yes ☒ No

15. If your answer to #14 was "Yes," give the following information:

    (a) **California Superior Court** Case Number (if known):_____

    (b) Nature of proceeding: _____

    _____

    (c) Grounds raised: _____

    _____

    _____

    _____

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
☐ Yes ☐ No

    (e) Result: _____

    (f) Date of result (if known): _____

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Court of Appeal**?
☐ Yes ☒ No   *FACILITY REFUSED HABEAS REQUEST # 10021870 REC 5/27/25 @ 3AM SENT TO COUNSELOR FOR 1st STEP OF PROCESSING PHOTO COPY WAS REJECTED AND NOT RETURNED OR NOTIFICATION PROVIDED (LAW LIBRARY) FOR SCANNED AND WRIT WAS NOT RETURNED.*

*SEE: LEGAL RESEARCH ASSOCIATES.*

**17.** If your answer to #16 was "Yes," give the following information:

(a) **California Court of Appeal** Case Number (if known):_____

(b) Nature of proceeding: _____

_____

(c) Grounds raised: _____

_____

_____

_____

(d) Did you receive an evidentiary hearing on your petition, application or motion?
☐ Yes  ☐ No

(e) Result: _____

(f) Date of result (if known): _____

**18.** Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Supreme Court**?
☐ Yes  ☐ No

**19.** If your answer to #18 was "Yes," give the following information:

(a) **California Supreme Court** Case Number (if known):_____

(b) Nature of proceeding: _____

_____

(c) Grounds raised: _____

_____

_____

_____

_____

(d) Did you receive an evidentiary hearing on your petition, application or motion?

☐ Yes  ☐ No

(e) Result: _____

(f) Date of result (if known): _____

CIV 68 (Rev. Oct. 2015)

-4-

20. If you did *not* file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the **California Supreme Court**, containing the grounds raised in this federal Petition, explain briefly why you did not:

_____

_____

_____

_____

## COLLATERAL REVIEW IN FEDERAL COURT

21. Is this your **first** federal petition for writ of habeas corpus challenging this conviction?
    ■ Yes  □ No        (IF "YES" SKIP TO #22)
    (a)  If no, in what federal court was the prior action filed? _____
    (i) What was the prior case number? _____
    (ii) Was the prior action (CHECK ONE):
        □ Denied on the merits?
        □ Dismissed for procedural reasons?
    (iii) Date of decision: _____
    (b)  Were any of the issues in this current petition also raised in the prior federal petition?
        □ Yes  □ No

    (c)  If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
        □ Yes  □ No

---

**CAUTION:**

- **Exhaustion of State Court Remedies:**  In order to proceed in federal court you must ordinarily first exhaust your state court remedies by presenting your claims to the California Supreme Court.  Even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present *all* grounds to the California Supreme Court before raising them in your federal Petition. *Pc-1382.*

- **Single Petition:** If you do not present all your grounds for challenging a specific judgment in this Petition, you may not be able to present additional grounds challenging the same judgment at a later date.

- **Factual Specificity:** You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must say what your attorney did wrong or failed to do.  A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place. *Pc-995*

---

CIV 68 (Rev. Oct. 2015)

## GROUNDS FOR RELIEF

22. **State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground.** (e.g. what happened during the state proceedings that you contend resulted in a violation of the constitution, law or treaties of the United States.) If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

(a) **GROUND ONE**: DUE PROCESS, Statutory violation to Claim malicious Procedures of Law, Fruitless of Stability for Foundation under the United states Constitution of Due Process for Arraignment. Illegal Investigation, False Detainment of PRCS To Include* San Diego Probation officer Hernandez, Endangerment to Extort.

**Supporting FACTS**: Arraignment Date was Exceeded, No Arresting Officer, False Arrest, Illegal Detainment, Excessive Force, Cruel And unusual Punishment. Corporal Punishment without color of Law.

\* Actual Arrest was Thwarted Into False Arraignment of Charges Exceeding Caution of Entry By Planned Incarceration Alleged Detainment of Complaint Report on 3/13/2025 At 3:25 Am Does not match BWC's Call for Initial Services to Complaint Removal of Noise Complaint By Security officer False Police Report to Cause Arrest of Issued Complaint By Apartment owner of Property DBA Rive Apartments Addressed As Follows 6345 El Cajon Blvd, San Diego, Ca 92115.

\* Removal of Endorsement Has Been Requested For Tainted Jury By Justification of Knowledge of Previous Aquaintainship w/ Proof of Knowledge of Several Issues For liability

\* Extortion of Extreme legal Ability For Payment Intent to Destroy Financial Independance Into Indigency to Commit murder By Pre-Meditation of Knowledge, Emotional Distress to Induce Harm \* to Gain Satisfaction of Imprisonment while Removal of Financial Transactions Existed Into Chase Bank Account.

**Did you raise GROUND ONE in the California Supreme Court?**

☐ Yes ☑ No.

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition): _____

(2) Case number or citation: _____

(3) Result (attach a copy of the court's opinion or order if available): _____

**(b)** **GROUND TWO**: _Motion to Dismiss for Suppresion of Evidence & Sanction_
_of Condition., Due Process., Denial of Medical Care, Corporal Injury,_

**Supporting FACTS**: _Statement of Facts - Does not Have Foundation For_
_Litigation to Include Chain of Custody And Contentends of Property_
_to Include Health And Safety Code : 11374 Contents of Parafanalia_
_In Stolen Property From Big 5 Sporting Goods, to Include Stolen Items_
_of Clothing Hooded Zipped up Thick Winn Breaker Jacket And Clothing From_
_Shrias Closet Both College And University Ave Area, Contents were_
_Taken w/ the Intent of Destruction of Evidence By the Officers Involved,_
_to Include PC-1538.5 Motion to Dismiss._

✱_Obstruction of Right to Produce Finance,_

**Did you raise GROUND TWO in the California Supreme Court?**

☐ Yes ☒ No.

   If yes, answer the following:

   (1)   Nature of proceeding (i.e., petition for review, habeas petition): _____

   (2)   Case number or citation: _____

   (3)   Result (attach a copy of the court's opinion or order if available): _____

CIV 68 (Rev. Oct. 2015)

-7-

**(c) GROUND THREE:** DISCOVERY OF EVIDENCE FOR PERJURY AT THE PRELIMINARY INCLUDED THREAT OF PROPERTY AND CRUEL AND UNUSUAL PUNISHMENT WITH USE OF FEAR EXCEEDING CORRAM INJURY LEVELS OF USE OF FINE, PROBABLE CAUSE DID NOT EXIST.

**Supporting FACTS:** STATUE OF LIMITATIONS ENTERED FOR PRELIMINARY ARRAIGNMENT TO CANCEL COMPLAINT UNDER PC-995 LIMITATIONS OF GOVERNMENT STATUE OF CURE FOR ARREST OF BOTH OFFICERS INVOLVED IN CRUEL AND UNUSUAL PUNISHMENT WITH OUT AUTHORITY TO CONCEAL WEAPONS INVOLVEMENT TO GREAT BODILY INJURY WITH INTENT TO EXTREME CORRAM PUNISHMENT WITH EMOTIONAL DAMAGE LIKELY TO BREAK DOWN MEMORY TOWARDS INVOLVEMENT OF PROSECUTION TO EXTORT MONICA BERK I BY MEANS OF FINANCIAL ENDANGERMENT LIKELY TO CAUSE GREAT EMOTIONAL DAMAGE TO OURS STATE OF MENTAL COMPETENCY TO COMPLICATE REMOVAL OF GROSS MEMORY TO ATTACH SUPPLEMENTAL INJURY TO INVOLVEMENT OF STATUTORY PROCEEDING NON - FUNDAMENTAL ATTACHMENT ORDERS FOR PRODUCTION WERE ATTACHED TO CAUSE INFLICTMENT OF INJURY TO CAUSE EMOTION TO DISCOVERY WITH INTENT FOR MENTALLY COMPETENT DISCOVERY PRODUCED OF RECORD TO CAUSE DAMAGE TO INCITE FUTURE CONSERVATORSHIP OF SETTLEMENT PROCEEDINGS BEING MALICIOUS TO EXTORTION BY WAY OF EXTREME ENDANGERMENT TO CEREBRAL CORTEX OF MEMORY BEING DAMAGED TO EXTORT MENTAL STABILITY INTO DEGREE OF PROCEEDING'S COMPLICATION OF INJURY OF TRUTH TO COARSE CONVOLUTED IN OBSTRUCTION OF JUSTICE TO SUGGEST INVOLVEMENT BY FOUL PLAY AND MALICIOUS PROSECUTION BY MEANS OF MALICE INSTRUCTION OF ENDANGERMENT TO PERSONS LIFE BY EXTORTION OF EXTREME FINANCIAL INSOLVENCY TO CAUSE HARM TO PERSON OF DISABILITY AFTER MULTIPLE ATTACKS TO INVOKE DISTRESS INTO PERMANENT DISABILITY OF EXTREME DAMAGE TO ONES ABILITY TO HAVE A NORMAL LIFE WITH THE ABILITY TO PRODUCE ENDANGERMENT BEYOND THE ABILITY TO FUNCTION ON A DAILY BASIS IS BEYOND AGREEMENT OF APPROVAL. TO INDUCE BODILY HARM.

**Did you raise GROUND THREE in the California Supreme Court?**

☐ Yes ☑ No.

    If yes, answer the following:

    (1)    Nature of proceeding (i.e., petition for review, habeas petition): _____

    (2)    Case number or citation: _____

    (3)    Result (attach a copy of the court's opinion or order if available):

CIV 68 (Rev. Oct. 2015)

-8-

REMOVAL OF STATE APPROVED MEDICAL PROPERTY FOR INDUCTION TO DISABILITY BY ILLEGAL CHAIN OF CUSTODY.

**(d)    GROUND FOUR:** FALSE DETAINMENT OF PROPERTY TO REMOVE DISMISSAL OF CHARGES, DESTRUCTION OR EVIDENCE W/ OUT CUSTODY OF CHARGES. * DESTRUCTION OF PROPERTY TO CONDUCE FALSE CHARGES, ENTRY INTO FALSE IMPRISONMENT, CRUEL AND UNUSUAL PUNISHMENT, CORPORAL INJURY.

**Supporting FACTS:** FALSE ARREST, ILLEGAL DETAINMENT, ILLEGAL USE OF FORCE, VIOLATION OF PROBATION, PRESENTMENT OF FALSE EVIDENCE, REDUCEMENT TO POTENTIAL CHARGES UNDER HEALTH AND SAFETY CODE HS-11364 THAT WOULD PRODUCE IMPRISONMENT, CONTAMINATION OF EVIDENTIAL VALUE W/ INTENT TO DESTROY DISCOVERY WITH HELD BY THE DISTRICT ATTORNEY FOR INDUCTION OF FALSE CHARGES TO INCITE IMPRISONMENT INTO HARMFUL ENVIRONMENT WITH INTENTION OF GREAT BODILY INJURY W/ DESTRUCTION OF PROPERTY FOR INDUCED HARM LIKELY TO PRODUCE INDUCTION INTO CRUEL AND UNUSUAL PUNISHMENT W/ MALICE INTENT * REMOVAL OF STOLEN PROPERTY TO REMOVE RECEIPT OF ACTUAL PLACE OF POTENTIAL RIGHT TO OWN PROPERTY. CUSTODY OF TITLEMENT TO PERMISSION OF LAND OWNERSHIP.

MALICIOUS PROCEDURE OF INVOLVEMENT TO COMMIT MURDER UPON PERSON OF DISABILITY AMONGST URINATION INTO UN-SAFE ENVIRONMENT.

ATTACH MENT OF EXTRACTION ORDER BY AGREEMENT OF COUNSEL TO PRODUCE DUAL PROCEEDINGS TO INFLICT ADDITIONAL PUNISHMENT TO EXTREME INTENT TO CAUSE HARM TO A PERSON IN CUSTODY TO INDUCE BREAK DOWNS OF MENTAL INVOLVEMENT WITH POSIBILITY TO SUICIDE SITUATION OF DEATH ORDERED BY MALICIOUS INTENT ABUSE AND BEYOND THE DUTY OF COUNSELS ACCEPTANCE STATE OF LIABILITY W/ INTENT TO CAUSE HARM TO FUTURE PROCEEDINGS TO ENTRAP WITNESS INTO PURGERY TO CHANGE LIABILITY OF SETTLEMENT TO TAKE PLACE IN SAFE ENVIRONMENT.

* CONDITIONS OF CONFINEMENT TO CONVICT TITLE 15 BEYOND STATUTORY LIMITATIONS OF AGREEMENT.
* TITLE 18 U.S.C., OBSTRUCTION OF MAIL, LEGAL RESEARCH ASSOCIATES, * PAID COUNCEL, * RIGHT TO BAIL THRU PROCEEDINGS.

**Did you raise GROUND FOUR in the California Supreme Court?**

☐ Yes ☑ No.

If yes, answer the following:

(1)    Nature of proceeding (i.e., petition for review, habeas petition): _____

(2)    Case number or citation: _____

(3)    Result (attach a copy of the court's opinion or order if available): _____

CIV 68 (Rev. Oct. 2015)

23. Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?
☐ Yes  ☒ No

24. If your answer to #23 is "Yes," give the following information:

   (a)  Name of Court: _____

   (b)  Case Number: _____

   (c)  Date action filed: _____

   (d)  Nature of proceeding: _____

   (e)  Grounds raised: _1302 ISSUE RESOLVEMENT._ _____

   (f)  Did you receive an evidentiary hearing on your petition, application or motion?
☐ Yes  ☒ No  _PROBATION EVIDENTIARY INCLUDED. TO CONTAIN ASSAULT TO OFFICERS INVOLVED_

25. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

   (a)  At preliminary hearing: _DERRICK REID. OFFICE OF THE PUBLIC DEFENDER_
_450 B-STREET SUITE 900, SD, CA, 92101._

   (b)  At arraignment and plea: _JULIE THOMPSON. PUBLIC DEFENDER_
_450 B-STREET SUITE 900, SD, CA, 92101._

   (c)  At trial: _PRO-SE REQUEST HAS BEEN SENT 7-9-25_

   (d)  At sentencing: _____

   (e)  On appeal: _____

   (f)  In any post-conviction proceeding: _____

   (g)  On appeal from any adverse ruling in a post-conviction proceeding: _____

CIV 68 (Rev. Oct. 2015)

-10-

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
☐ Yes  ☒ No

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
☒ Yes  ☐ No

   (a) If so, give name and location of court that imposed sentence to be served in the future:
   _PROBATION PRCS PAROLE ISSUE TO CONCLUDE IN 2 YEARS, MAXIMUM TERM 5YRS._

   (b) Give date and length of the future sentence: _FEBUARY 23RD 2024 - 2027,_
   _AVERY WEBB, CALLED THE DISTRICT ATTORNEY OF SAN DIEGO = TANEO ILY, THEODORE WEATHERS._

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   ☒ Yes  ☐ No

28. Date you are mailing (or handing to a correctional officer) this Petition to this court: _____
   _JULY 11TH 2025._

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

JULY 9TH 2025.   S. VERNER

_____   PRO-SE, REQUEST MAILED TO TAKE APPOINTMENT OF RECORD
                                                                Box 102.
SIGNATURE OF ATTORNEY (IF ANY)   ATTN: DEXTER REID

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_JULY 10TH 2025._          _____
(DATE)                      SIGNATURE OF PETITIONER

Professional Conduct Rule 8.4 (c)

CHRIS HAWKINS,
25710758.
001/10/2/09.
1173 FRONT STREET
San Diego, Ca, 92101.

RESIDENTIAL Training Address:

3315 Ocean FRONT WALK
San Diego, Ca, 92109.

OFFICIAL BUSINESS C. YEAGER.
Southern District FEDERAL Court.
333 WEST Broadway Suite 420.
San Diego, CA, 92101.

AGNEW V. PARKS SUPRA.

Notice to PROCEED IN FORMA PAUPER/S.
"INMATE PRISON CERTIFICATE
28 U.S.C. 2254.

RECEIVED
JUL 15 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

4546

*l*

ENCROACHMENT ON
OFFICIAL RIGHT to PROCEED
ADDS TO ENCROACHMENT,
TRO.

Counsel,

[ ] WHEN 3 HOUR BECOMES DEFINITION DAMAGES FOR INJURIAL TO TRUTH NO LONGER EXIST FOR THE RIGHT TO BAIL.